Lizzie Condesso, Respondent, v. Ray Publishing Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented upon the ground that the verdict is excessive.

Leah Beach, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment of County Court and judgment of Justice's Court reversed, with costs in all courts to appellant. Held, that the plaintiff failed to establish any actionable negligence against the defendant. All concurred.

Joseph Saitch, Respondent, v. Elmer W. Kelley, Appellant.— Judgment and order affirmed, with costs. All concurred.

Bagdon John, as Administrator, etc., Respondent, v. Robert Scott and Others, Constituting the Copartnership of Scott Bros., Appellants.— Appeal dismissed, without costs, upon stipulation filed.

Iroquois Brewing Company, Appellant, v. The Thomas Cusack Company, Respondent. (Action No. 17,276.) — Judgment of Supreme Court and judgment of City Court reversed and new trial ordered, to be had in the City Court on the 8th day of April, 1914, at ten A. M., with costs in all courts to appellant to abide event. Held, defendant may be held liable for damages in the nature of waste for painting advertising signs on plaintiff's building, notwithstanding its license from plaintiff's tenant, provided the damage is not trivial. Defendant is not liable for signs painted on the same wall space previously by the Buffalo Gunning System. All concurred.

Iroquois Brewing Company, Appellant, v. The Thomas Cusack Company, Respondent. (Action No. 15,423.) — Judgment of Supreme Court and judgment of City Court reversed and new trial ordered, to be had in the City Court on the 8th day of April, 1914, at ten A. M., with costs in all courts to appellant to abide event. Held, that painting advertising signs upon the walls of plaintiff's building, though by license from plaintiff's tenant, may cause damage to the building in the nature of waste, provided the damage is not trivial but substantial. Defendant may be held liable under section 1651 of the Code of Civil Procedure, as assignee of the tenant. All concurred.

In the Matter of the Application of Arthur B. Christey, Respondent, for a Writ of Mandamus to John F. Cochrane, as Comptroller of the City of Buffalo, and Joseph M. Gleason, Appellants.— Order affirmed, with costs. All concurred.

Frank A. Ely, Respondent, v. Postal Telegraph-Cable Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of John J. Cummins, in Behalf of Himself and All Other Persons Similarly Situated, etc., Appellant, v. Albert E. Larkin and Others, Respondents, for a Peremptory Writ of Mandamus to Examine Cards Containing Names and Addresses of Parents and Guardians of Students in the High Schools of the City of Syracuse, etc.— Order affirmed, with costs. All concurred, except Merrell, J., who dissented.